IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: **2:18-CR-1018(2)** |
| | : | |
| vs. | : | |
| | : | |
| **ROSELYN DEMETRIA PRATT** | : | **PROSECUTION DEFERRED** |

      This matter having come before the Court on motion of the United States for an Order continuing the trial of this case;

      **IT IS ORDERED** that the trial of this case is continued to the Court's first term of Court following expiration of the pretrial diversionary period on **January 21, 2021**.

      The continuance is justified because on **July 22, 2019**, the defendant signed a written Pretrial Diversion Agreement which provides that prosecution will be deferred by the attorney for the Government for the purpose of allowing the defendant to demonstrate good conduct. This period of delay is approved by the Court and is therefore excludable under the provisions of Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act of 1974.

                                                                                   _____
                                                                                DAVID C. NORTON
                                                                                UNITED STATES DISTRICT JUDGE

Charleston, South Carolina July 23, 2019