DSC PS4

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

V.

Roselyn Demetria Pratt

Case No. 2:18CR1018-2

RESTITUTION ORDER ON PRETRIAL DIVERSION

The court has been advised that Roselyn Demetria Pratt has entered into a pretrial diversion agreement dated July 22, 2019, with the United States Attorney's office.

☒ The pretrial diversion agreement includes a condition that requires Roselyn Demetria Pratt to make restitution to the following payees in the amounts listed below. Roselyn Demetria Pratt shall pay $200 per month toward this debt.

| Name of Payee | Total Amount Due |
|---|---|
| Stephen Anthony Montelongo | |
| 708 North Ave | |
| Lehigh Acres, FL 33972 | |
| PO Box 301 | |
| Tacoma, WA 98401 | |
| **Grand Total** | $1000.00 |

Unless otherwise directed, restitution payments should be made payable to the Clerk of Court for the United States District Court, 901 Richland Street, Columbia, South Carolina 29201.

It is ORDERED that the clerk of court accept and receive restitution payments from Roselyn Demetria Pratt and disburse them to the payees above in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments. Any changes to the payment plan or delinquencies shall remain a matter for the U.S. Attorney's Office to address.

David C. Norton, United States District Judge
Name and Title of Judge

Signature of Judge

August 15, 2019
Date